UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   Civil Case No.: 19-CV-7145
ANTOINETTE DALY[1], *individually and on behalf*
*of others similarly situated*

                                        *Plaintiff,*

    -v-                                 **NOTICE OF VOLUNTARY**
                                                **DISMISSAL WITH PREJUDICE**

1267 Café LLC d/b/a Café K, SHIMON LIANI, and
AMI LIANI, in their individual and
professional capacity.
                                        *Defendants.*
---------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Plaintiff ANTOINETTE DALEY, hereby voluntarily dismisses with prejudice the above-entitled action against Defendants 1267 Café LLC d/b/a Café K, SHIMON LIANI, and AMI LIANI. A responsive pleading has not been filed in this action. Plaintiff gives this notice pursuant to Fed. R. Civ. P.41(a)(1)(A)(i) and 41(a)(1)(B).

Dated: New York, NY
         May 21, 2020

                                                            **ALLYN & FORTUNA, LLP**

                                                            _____/S/_____

                                                             Nicholas Fortuna, Esq.
                                                             Paula Lopez, Esq.
                                                             1010 Avenue of the Americas, 3rd Floor
                                                            New York, NY 10018
                                                           (212) 213-8844
                                                           *Attorneys for Plaintiff*

---

[1] Correct spelling is Daley but was inadvertently misspelled in the complaint as "Daly."